STANLEY MARCZAK, by JOHN MARCZAK, His Guardian ad Litem, Appellant, *v.* BROOKLYN CITY RAILROAD COMPANY, Defendant, and CHAMBERLAIN OF THE CITY OF NEW YORK, Respondent.

(Submitted April 14, 1933; decided May 23, 1933.)

474

■■■■■■■■■■

. *Morris Boschwitz, Samuel D. Goldstein* and *Harry Markowitz* for appellant.

*Arthur J. W. Hilly,* Corporation Counsel (*William R. Wilson* and *Junius P. Wilson* of counsel), for respondent.

■■■■■■■ no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG and CROUCH, JJ. Not sitting: O'BRIEN and HUBBS, JJ.